# Court of Appeals
# of the State of Georgia

ATLANTA, April 16, 2021

*The Court of Appeals hereby passes the following order*

**A21I0166. KEVIN LLOYD et al. v. KARL MCCARTHY .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SUV2018001224



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta, April 16, 2021.*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*